STATE v. RICH

No. 384A95

Case below: Superior Court Greene County

Motion by the defendant (Rich) to withdraw appeal and schedule execution date denied 29 October 1996.

STATE v. TALFORD

No. 403P96

Case below: 123 N.C. App. 360

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 November 1996.

STATE v. WILLIAMS

No. 175A85-2

Case below: Superior Court Gaston County

Petition by defendant for writ of certiorari to review the order of the Superior Court, Gaston County denied 7 November 1996.

TELLEKAMP v. GUILFORD COUNTY

No. 387PA96

Case below: 123 N.C. App. 360

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 7 November 1996. Petition by defendant for writ of certiorari to review the order of the North Carolina Court of Appeals allowed 7 November 1996.

TERRY v. ARATEX SERVICES

No. 421P96

Case below: 124 N.C. App. 789

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 November 1996.